I must respectfully dissent.
The jury awarded the plaintiff $2 million, without distinguishing between compensatory damages and punitive damages. The fact that the jury award did not distinguish between compensatory damages and punitive damages should not present this Court from determining the maximum amount it could approve as compensatory award. See Independent Life Accident Insurance Co.v. Harrington, 658 So.2d 892 (Ala. 1995); Union Security LifeInsurance Co. v. Crocker, 709 So.2d 1118 (Ala. 1997). Regardless of the maximum amount determined to be compensatory or punitive in this case, the ciamages awarded are clearly unjustified. BMWof North America, Inc., v. Gore, 517 U.S. 559, 116 S.Ct. 1589,134 L.Ed.2d 809 (1996), on remand, 701 So.2d 507 (Ala. 1997). Viewed in light of BMW, the damages award in this case is grossly excessive. Therefore, I must respectfully dissent.